```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 21476
     JAMEKIA RILEY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
     SSN XXX-XX-7821

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/27/2005 and was confirmed 08/31/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 10/19/2006.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED         609.70            .00          60.97
ASSET ACCEPTANCE CORP     UNSECURED        2670.39            .00          57.43
ASSET ACCEPTANCE CORP     UNSECURED        1025.16            .00          16.07
ARONSON FURNITURE         SECURED           150.00           3.32         150.00
ARONSON FURNITURE         UNSECURED         591.90            .00            .00
STATES ATTORNEY COOK COU  PRIORITY       NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        1092.34            .00          17.11
CAVALRY PORTFOLIO SERVIC  UNSECURED        2621.84            .00          56.36
ARONSON FURNITURE         UNSECURED            .00            .00            .00
AT&T BROADBAND            UNSECURED       NOT FILED            .00            .00
F & W LIC                 NOTICE ONLY     NOT FILED            .00            .00
ASSET ACCEPTANCE CORP     NOTICE ONLY     NOT FILED            .00            .00
FINANCIAL CREDIT CORP     NOTICE ONLY     NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED        3820.00            .00          82.13
COMCAST CABLE COMMUNICAT  UNSECURED         289.10            .00            .00
WEXLER & WEXLER           NOTICE ONLY     NOT FILED            .00            .00
CUB FOODS                 UNSECURED       NOT FILED            .00            .00
MERCHANTS CREDIT GUIDE C  NOTICE ONLY     NOT FILED            .00            .00
FIFTH THIRD BANK          UNSECURED       NOT FILED            .00            .00
NATIONAL REVENUE CORP     NOTICE ONLY     NOT FILED            .00            .00
GLOBAL TELDATA            UNSECURED       NOT FILED            .00            .00
AR RESOURCES INC          NOTICE ONLY     NOT FILED            .00            .00
GLOBAL TELDATA            UNSECURED       NOT FILED            .00            .00
AR RESOURCES INC          NOTICE ONLY     NOT FILED            .00            .00
LYNCH AUTO GROUP          UNSECURED       NOT FILED            .00            .00
PARK DANSEN               UNSECURED       NOT FILED            .00            .00
NORTHWESTERN MEDICAL FAC  UNSECURED       NOT FILED            .00            .00
HARVARD COLLECTION SERVI  NOTICE ONLY     NOT FILED            .00            .00
SLMA LSCK                 UNSECURED       NOT FILED            .00            .00
SALLIE MAE SERVICING      NOTICE ONLY     NOT FILED            .00            .00
ASSET ACCEPTANCE CORP     NOTICE ONLY     NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  NOTICE ONLY     NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 21476 JAMEKIA RILEY
```

```
RISK MANAGEMENT ALTERNAT NOTICE ONLY    NOT FILED            .00            .00
SBC CONSUMER BANKRUPTCY  NOTICE ONLY    NOT FILED            .00            .00
B-LINE LLC               UNSECURED       11500.21            .00         263.52
B-LINE LLC               NOTICE ONLY          .00            .00            .00
SPRINT                   UNSECURED      NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS    NOTICE ONLY    NOT FILED            .00            .00
UNIFUND CO               UNSECURED      NOT FILED            .00            .00
PAUL K SORENSEN          NOTICE ONLY    NOT FILED            .00            .00
CREDIT COLLECTION SERVIC UNSECURED      NOT FILED            .00            .00
ANDERSON FINANCIAL NETWO NOTICE ONLY    NOT FILED            .00            .00
DEBT RECOVERY SOLUTION   UNSECURED      NOT FILED            .00            .00
ISAC                     UNSECURED        7220.68            .00         155.24
LEGAL FOUNDATION OF METR DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                          47.21
DEBTOR REFUND            REFUND                                           60.64
```

Summary of Receipts and Disbursements:
```
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     970.00

PRIORITY                                                 .00
SECURED                                               150.00
    INTEREST                                            3.32
UNSECURED                                             708.83
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                   47.21
DEBTOR REFUND                                          60.64
                         --------------       --------------
TOTALS                      970.00                    970.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 01/26/07           _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                           PAGE   2
         CASE NO. 05 B 21476 JAMEKIA RILEY