UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 21476
    JAMEKIA RILEY
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-7821

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/22/2007 and was not confirmed.

    The case was dismissed without confirmation 07/25/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PEOPLES GAS LIGHT & COKE | UNSECURED | 609.70 | .00 | 60.97 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2670.39 | .00 | 57.43 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1025.16 | .00 | 16.07 |
| ARONSON FURNITURE | SECURED | 150.00 | 3.32 | 150.00 |
| ARONSON FURNITURE | UNSECURED | 591.90 | .00 | .00 |
| STATES ATTORNEY COOK COU | PRIORITY | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1092.34 | .00 | 17.11 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | 2621.84 | .00 | 56.36 |
| ARONSON FURNITURE | UNSECURED | .00 | .00 | .00 |
| AT&T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| F & W LIC | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| FINANCIAL CREDIT CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 3820.00 | .00 | 82.13 |
| COMCAST CABLE COMMUNICAT | UNSECURED | 289.10 | .00 | .00 |
| WEXLER & WEXLER | NOTICE ONLY | NOT FILED | .00 | .00 |
| CUB FOODS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE C | NOTICE ONLY | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL REVENUE CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| GLOBAL TELDATA | UNSECURED | NOT FILED | .00 | .00 |
| AR RESOURCES INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| GLOBAL TELDATA | UNSECURED | NOT FILED | .00 | .00 |
| AR RESOURCES INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| LYNCH AUTO GROUP | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSEN | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEDICAL FAC | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | NOTICE ONLY | NOT FILED | .00 | .00 |
| SLMA LSCK | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| RISK MANAGEMENT ALTERNAT | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | NOTICE ONLY | NOT FILED | .00 | .00 |
| B-LINE LLC | UNSECURED | 11500.21 | .00 | 263.52 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 05 B 21476 JAMEKIA RILEY

```
B-LINE LLC              NOTICE ONLY             .00          .00          .00
SPRINT                  UNSECURED   NOT FILED                .00          .00
NCO FINANCIAL SYSTEMS   NOTICE ONLY NOT FILED                .00          .00
UNIFUND CO              UNSECURED   NOT FILED                .00          .00
PAUL K SORENSEN         NOTICE ONLY NOT FILED                .00          .00
CREDIT COLLECTION SERVIC UNSECURED  NOT FILED                .00          .00
ANDERSON FINANCIAL NETWO NOTICE ONLY NOT FILED               .00          .00
DEBT RECOVERY SOLUTION   UNSECURED  NOT FILED                .00          .00
ISAC                    UNSECURED    7220.68                 .00       155.24
CITY OF CHICAGO PARKING UNSECURED    3737.87                 .00          .00
LEGAL FOUNDATION OF METR DEBTOR ATTY     .00                              .00
TOM VAUGHN              TRUSTEE                                         47.21
DEBTOR REFUND           REFUND                                         60.64
```

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      970.00

PRIORITY                                          .00
SECURED                                        150.00
     INTEREST                                    3.32
UNSECURED                                      708.83
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                            47.21
DEBTOR REFUND                                   60.64
                        ---------------   ---------------
TOTALS                       970.00            970.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                             /s/ Tom Vaughn
     Dated: 10/22/07         _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE